# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2010

Marilyn Kelly,
Chief Justice

141822 & (61)(62)

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

REGINAL LAVAL SHORT, a/k/a
REGINALD LAVAL SHORT,
      Defendant-Appellant.

SC: 141822
COA: 292288
Saginaw CC: 09-032100-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 26, 2010 judgment of the Court of Appeals is considered, and it is GRANTED, to consider whether the good-faith exception to the exclusionary rule applies to a warrantless vehicle search that was conducted under the authority of *New York v Belton*, 453 US 454; 101 S Ct 2860; 69 L Ed 2d 768 (1981), but that would be unconstitutional under *Arizona v Gant*, 556 US ___; 129 S Ct 1710; 173 L Ed 2d 485 (2009). We further ORDER that the defendant may file, and the Saginaw Circuit Court may entertain, a motion for bond pending the appeal in this Court.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2010

Clerk

p1026